IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,
Plaintiff,

v.

IMHONA ARNOLD EKO-ISENALUMHE,
Defendant.

No. 04-20493-JDB

## ORDER WAIVING DEFENDANT'S APPEARANCE

Defendant has moved the Court to waive his appearance at the report date of May 31, 2005, for good cause shown and with no objection from the government and the motion is granted. Defendant will not be required to appear at the report set for May 31, 2005. Defense counsel will appear on his behalf.

It is so ORDERED this the 26th day of May, 2005.

_____
Judge

This document entered on the docket sheet In compliance with Rule 55 and/or 32(b) FRCrP on 5-27-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 22 in case 2:04-CR-20493 was distributed by fax, mail, or direct printing on May 27, 2005 to the parties listed.

---

Marty B. McAfee
MCAFEE & MCAFEE
246 Adams Ave.
Memphis, TN 38103

Dan Newsom
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT