FILED BY _JE_ D.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT TENNESSEE

05 SEP 26 PM 6:10

WESTERN DIVISION

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                 No.: 04-20493-JDB

IMHONA ARNOLD EKO-ISENALUMHE,

    Defendant.

---

ORDER ON DEFENDANT IMHONA ARNOLD EKO-ISENALUMHE
MOTION TO CONTINUE REPORT

---

This matter came to be heard upon the Motion of the defendant Imhona Arnold Eko-Isenalumhe for a continuance of the report in this matter. The Court finds that this motion is well taken and should be granted, and this matter should set for report on _Monday, October 31, 2005 @ 9:30 am._ Time under the Speedy Trial Act will be excluded.

IT IS SO ORDERED, this _26th_ day of _Sept_, 2005.

_____
JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _9-26-05_

(34)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 34 in case 2:04-CR-20493 was distributed by fax, mail, or direct printing on September 27, 2005 to the parties listed.

---

Marty B. McAfee
MCAFEE & MCAFEE
246 Adams Ave.
Memphis, TN 38103

Dan Newsom
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT