IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT TENNESSEE
WESTERN DIVISION



UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                  No.: 04-20493-JDB

IMHONA ARNOLD EKO-ISENALUMHE,

    Defendant.

ORDER ON DEFENDANT IMHONA ARNOLD EKO-ISENALUMHE
MOTION TO CONTINUE REPORT

This matter came to be heard upon the Motion of the defendant Imhona Arnold Eko-Isenalumhe for a continuance of the report in this matter. The Court finds that this motion is well taken and should be granted, and this matter should set for report on December 21, 2005 at 9:30 am. Time is excluded under the Speedy Trial Act.

IT IS SO ORDERED, this 23rd day of November, 2005.

_____
JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 11-23-05





# Notice of Distribution

This notice confirms a copy of the document docketed as number 40 in case 2:04-CR-20493 was distributed by fax, mail, or direct printing on November 23, 2005 to the parties listed.

---

Marty B. McAfee
MCAFEE & MCAFEE
246 Adams Ave.
Memphis, TN 38103

Stephen C. Parker
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT