IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 DEC 20 PM 12:27

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

                                    No.: 04-20493-JDB

IMHONA ARNOLD EKO-ISENALUMHE,

    Defendant.

---

## ORDER ON DEFENDANT IMHONA ARNOLD EKO-ISENALUMHE MOTION TO CONTINUE REPORT

This matter came to be heard upon the Motion of the defendant Imhona Arnold Eko-Isenalumhe for a continuance of the report in this matter. The Court finds that this motion is well taken and should be granted, and this matter should set for report on _Jan. 30, 2006, at 9:30 a.m._. Time will be excluded under the Speedy Trial Act.

IT IS SO ORDERED, this __20th__ day of __December__, 2005.

                                                              JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 12-20-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 44 in case 2:04-CR-20493 was distributed by fax, mail, or direct printing on December 20, 2005 to the parties listed.

---

Marty B. McAfee
MCAFEE & MCAFEE
246 Adams Ave.
Memphis, TN 38103

Stephen C. Parker
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT