IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,
Plaintiff,

v.                                                          No. 04-20493-JDB

IMHONA ARNOLD EKO-ISENALUMHE,
Defendant.

### ORDER WAIVING DEFENDANT'S APPEARANCE

Defendant has moved the Court to waive his appearance at the report date set December 21, 2005, for good cause shown and with no objection from the government and the motion is granted. Defendant will not be required to appear at the report set for December 21, 2005. Defense counsel has also entered a Motion to Continue this setting, if the continuance motion is not granted, counsel will appear on his behalf.

It is so ORDERED this the 20ᵗʰ day of December, 2005.

_____
Judge

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 12-20-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 45 in case 2:04-CR-20493 was distributed by fax, mail, or direct printing on December 20, 2005 to the parties listed.

---

Marty B. McAfee
MCAFEE & MCAFEE
246 Adams Ave.
Memphis, TN 38103

Stephen C. Parker
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT